**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

CLERK, U.S. DIST. CT.
W/D OF TN, MEMPHIS

SHARNEENA R. NIXON,        )
                           )
          Plaintiff,       )
                           )
vs.                        )        NO.: 04-2464-D-An
                           )
JOHN E. POTTER,            )
                           )
          Defendant.       )

---

### ORDER RE-SETTING SCHEDULING CONFERENCE

---

Pursuant to an Order Re-Setting Scheduling Conference dated March 7, 2005  a

Scheduling Conference was set for April 14, 2005.  Plaintiff, Sharneena R. Nixon, proceeding

*pro se* was present and advised the Court that she has served the Defendant in this matter.

For the reasons set forth and for good cause shown, the Scheduling Conference in this

matter shall be reset to **WEDNESDAY, JUNE 10, 2005** at **10:00 a.m.**

It shall be Ms. Nixon's duty to notify Defendant or Defendant's counsel of the setting of

the Rule 16(b) Scheduling Conference.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 18, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in
case 2:04-CV-02464 was distributed by fax, mail, or direct printing on
May 19, 2005 to the parties listed.

---

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Cynthia Ray Eggleston
UNITED STATES POSTAL SERVICE
225 North Humphreys Blvd.
Memphis, TN 38166--017

Sharneena R. Nixon
4551 Crump Road
Memphis, TN 38141

Honorable Bernice Donald
US DISTRICT COURT